**Supreme Court of the United States**
**Office of the Clerk**
**Washington, DC  20543-0001**

Scott S. Harris
Clerk of the Court
(202) 479-3011

October 1, 2025

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA  70130

Re:  Thomas Scott Perkins
v. United States
No. 25-5776
(Your No. 24-50600)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on September 29, 2025 and placed on the docket October 1, 2025 as No. 25-5776.

Sincerely,

**Scott S. Harris**, Clerk

by

Pipa Fisher
Case Analyst